

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00530-CR

Oscar David **PARDO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. 2011CR5260
Honorable Ron Rangel, Judge Presiding

BEFORE JUSTICE MARION, JUSTICE BARNARD, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED December 17, 2014.

Marialyn Barnard, Justice